# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ALAN COLE ONSTAD**
**ADC #128493**                                                                    **PLAINTIFF**

v.                              No. 2:13-cv-4-DPM

**MARY ANN WILKINSON and**
**RICHARD L. PROCTOR**                                                **DEFENDANTS**

## JUDGMENT

Onstad's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013