IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN COLE ONSTAD
ADC #128493                                                        PLAINTIFF

v.                          No. 2:13-cv-4-DPM

MARY ANN WILKINSON and
RICHARD L. PROCTOR                                                DEFENDANTS

### ORDER

Onstad has moved the Court to reconsider its Order and Judgment dismissing this case with prejudice. *Document No. 10*. The motion is granted in part and denied in part. The Court vacates its 7 February 2013 Judgment. The Court vacates the parts of its Order, *Document No. 8*, assessing a strike and dismissing with prejudice. The rest of the Order stands.

The Court grants Onstad until 10 April 2013 to file an amended complaint. He must explain his constitutional claims with specificity. He must name defendants with specificity. Onstad must state what relief he seeks against each defendant. The Court will screen the amended complaint. 28 U.S.C. § 1915A.

The Court denies without prejudice Onstad's request for court-appointed counsel. There is no constitutional or statutory right to appointed

counsel in civil cases; and the claims appear to be straightforward enough for Onstad to handle without a lawyer's help. *Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006).

If Onstad fails to file a amended complaint by April 10th, the Court will reinstate the dismissal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2013