IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN COLE ONSTAD
ADC #128493                                                                   PLAINTIFF

v.                               No. 2:13-cv-4-DPM

MARY ANN WILKINSON,
RICHARD L. PROCTOR, and
LEE COUNTY, ARKANSAS                                                  DEFENDANTS

## JUDGMENT

Onstad's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 July 2013